**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Interpreter Present? ☐ Yes ☑ No   ERO B. Laswell

USPT/USPO  D. Hernandez

Clerk, U.S. District Court
Southern District of Texas

Filed 4-23-10
Michel N. Milby, Clerk

OPEN 2:15  ADJOURN 2:19

☐ OTHER DISTRICT   ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance      ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                           ☐ Hearing Continued on _____
☐ Detention Hearing       ☐ Preliminary Hearing                ☐ Other _____

CASE NUMBER ☐ CR ☑ MJ  10-352M   Defendant # 1

AUSA  Glenn Cooke

Thor Alexander Morris

☑ Date of arrest _____                                      ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☑ Complaint
                                                  Violation of   ☐ Supervised Release   ☐ Probation

☑ Defendant ☐ Material Witness appeared      ☐ with  ☑ without counsel

☑ Defendant requests appointed counsel.              ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender           ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) 1
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond revoked            ☐ Bond reinstated        ☐ Bond Continued
☑ Defendant _____ remanded to custody       ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause       ☐ Identity

☑ Defendant(s) 1 is/are scheduled on 4/26/10 at 2pm _____ for:
    ☐ Arraignment         ☐ Counsel Determination Hearing      ☐ Identity Hearing
    ☑ Detention Hearing   ☑ Preliminary Hearing.               ☐ Final Revocation Hearing
    ☐ _____ Hearing