| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL CASE H- 10-352M
§
Thor Alexander Morris §
§

## Order Appointing Counsel

Because the defendant has satisfied this court that he/she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him/her.

Signed on __4-23-10__, in Houston, Texas.

Stephen Wm. Smith
United States Magistrate Judge

By Order of the Court

_____
Deputy Clerk

__4-23-10__
Date