**COURTROOM MINUTES:**  
The Honorable Stephen Wm Smith Presiding  
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court  
Southern District of Texas  
Filed 4-26-10  
Michel N. Milby, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO Si Luevarn

USPT/USPO V. Findley

OPEN 2:03   ADJOURN 2:04

☐ OTHER DISTRICT    ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
- ☐ Initial Appearance
- ☐ Bond Hearing
- ☑ Detention Hearing
- ☐ Counsel Determination Hearing
- ☐ Identity
- ☑ Preliminary Hearing
- ☐ Status Hearing
- ☐ Hearing Continued on _____
- ☐ Other _____

CASE NUMBER  ☐ CR  ☑ MJ  10-352m   Defendant # 1

AUSA Mark White

Thur Alexander Morris

☐ Date of arrest _____   ☐ Rule 5  
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint  
Violation of  ☐ Supervised Release  ☐ Probation

☑ Defendant  ☐ Material Witness appeared    ☐ with  ☑ without counsel

☐ Defendant requests appointed counsel.        ☐ Financial Affidavit executed and sworn.  
☐ Order appointing Federal Public Defender     ☐ Order appointing private counsel to follow.  
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____  
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Surety signatures required as to Defendant(s) _____.  
☐ Defendant(s) _____ advised of conditions of release  
☐ BOND EXECUTED and Defendant _____ Released  
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____  
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.  
☐ Bond revoked  (       ☐ Bond reinstated    ☐ Bond Continued  
☑ Defendant _____ remanded to custody    ☐ M/W remanded to custody  
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District  
☐ Court finds: ☐ Probable Cause     ☐ Identity

☑ Defendant(s) 1 is/are scheduled on 4/28 at 10am for:  
- ☐ Arraignment
- ☑ Detention Hearing
- ☐ _____
- ☐ Counsel Determination Hearing
- ☑ Preliminary Hearing
- Hearing
- ☐ Identity Hearing
- ☐ Final Revocation Hearing

FPD conflicted out and withdrawn as counsel of record