**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed
4-28-10
Michel N. Milby, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO  R. Chudomelka

USPT/USPO  V. Findley

OPEN 10:40  ADJOURN 10:46

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance         ☐ Counsel Determination Hearing       ☐ Status Hearing
☐ Bond Hearing                ☐ Identity                             ☐ Hearing Continued on ____
☑ Detention Hearing           ☑ Preliminary Hearing                  ☐ Other ____

CASE NUMBER  ☐ CR  ☑ MJ  10-352M   Defendant # 1

AUSA  Mark White

Thor Alexander Morris            Kelly Case

☐ Date of arrest _____
☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
   Violation of  ☐ Supervised Release  ☐ Probation

☑ Defendant  ☐ Material Witness appeared    ☑ with  ☐ without counsel

☐ Defendant requests appointed counsel.           ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender        ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. ____

☑ Defendant ___1___ bond set   ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☑ Surety signatures required as to Defendant(s) ___1___.
☑ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond revoked              ☐ Bond reinstated        ☐ Bond Continued
☑ Defendant ___1___ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ___1___ Waiver of ☑ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment          ☐ Counsel Determination Hearing       ☐ Identity Hearing
   ☐ Detention Hearing    ☐ Preliminary Hearing                 ☐ Final Revocation Hearing
   ☐ _____ Hearing