**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
FILED

APR 2 9 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | CRIMINAL NO. H-10-352M |
| | § | |
| **THOR ALEXANDER MORRIS** | § | |

## MOTION TO SEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Kebharu H. Smith, Assistant U.S. Attorney, and respectfully makes the following requests:

I.

The United States respectfully requests the Court seal the Criminal Complaint Affidavit. The Criminal Complaint Affidavit contains personal information that could be embarrassing to individuals that are not parties to this case.

II.

The United States further requests that copies, including certified copies, of the Criminal Complaint Affidavit, be provided to the United States Attorney's Office and the investigating law enforcement agency upon their request and without further Order of the Court.

Respectfully submitted,

Kebharu H. Smith
Assistant U.S. Attorney
(713) 567-9000