UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. H-10-352M |
| THOR ALEXANDER MORRIS | § § | |

**ORDER**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 3 0 2010

~~~~~~ ~~~dley, Clerk of Court

On this day came on for consideration the Government's Motion to Seal Criminal Complaint Affidavit, and the Court is of the opinion that said Motion should be, and the same is hereby, ~~GRANTED.~~ *DENIED*.

IT IS FURTHER ORDERED that the United States District Clerk will provide copies, including certified copies, of the Criminal Complaint Affidavit, to the United States Attorney's Office and the investigating law enforcement agency upon their individual or collective request and without further order for the Court.

SIGNED at Houston, Texas, on this 30th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE