AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

10 APR 26 PM 3:56
SOUTHERN DIST. S/TX

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. H-10-352M |
| THOR ALEXANDER MORRIS | ) |
| Defendant | ) |

## ARREST WARRANT

United States Courts
Southern District of Texas
FILED

MAY 0 4 2010

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOR ALEXANDER MORRIS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and with the intent to defraud, attempt to access a protected automated teller machine, without authorization and by means of such conduct further intended to fraud and attempt to obtain money from the said protected access device.
In violation of Title 18 United States Code, Section(s) 1030(a)(4) and (b).
I further state that I am a(n) FBI SA Karen Ann Marinos and that this Complaint is based on the facts related in the Affidavit attached hereto and made a part of this complaint

Date: April 23, 2010

*Issuing officer's signature*

City and state: Houston, Texas   Magistrate Judge Stephen Wm. Smith
*Printed name and title*

### Return

This warrant was received on *(date)* 4-23-2010, and the person was arrested on *(date)* 4-23-2010
at *(city and state)* Houston, TX

Date: 4-23-2010

*Arresting officer's signature*

Ted Blessings / Investigative Research Spc
*Printed name and title*