UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H10-352-M |
| | § | |
| THOR ALEXANDER MORRIS | § | |

### DEFENDANT'S WAIVER OF TIME LIMIT FOR INDICTMENT

I, THOR ALEXANDER MORRIS, the defendant in the above-styled case hereby knowingly and intelligently waive the thirty (30) day time limit for an indictment to be returned against me in this matter, as otherwise required by Title 18 Section 3161(b) of the United States Code.

I agree to grant the Government an additional thirty (30) days to return an indictment against me.

Unless otherwise agreed in writing, the total time period contemplated by this waiver is thirty (30) days after the second thirty (30) days from my initial appearance in this case on April 28, 2010 and will expire on July 28, 2010.

Signed this 15th day of June, 2010.

Respectfully submitted,

_____/S/ Kelly W. Case_
Kelly W. Case
Case Law, P.L.L.C.
2002 Timberloch Place
Suite 200
The Woodlands, TX 77380
281-296-5752 (ofc)
281-419-3599 (fax)
kwcase@caselawpllc.com
TX Bar No. 03954070
Attorney for Thor Alexander Morris